IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ASHANA CIVIL MECHANICAL CONTRACTORS, LTD., | § § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § | CIVIL ACTION NO. H-05-3214 |
| UNITED CRANE SALES & LEASING, INC., *et al.*, | | |
| Defendants. | | |

**MEMORANDUM AND ORDER**

Plaintiff, Ashana Civil Mechanical Contractors Ltd., has moved to compel responses to discovery requests sent to Gary Quintinsky, one of the defendants in this case. (Docket Entry No. 26). On August 18, 2006, this court ordered Quintinsky to respond to the discovery requests relating to the bank records of United Crane Sales & Leasing, Inc. The response was due by September 18, 2006. Ashana Civil Mechanical Contractors Ltd. asserts that despite repeated requests, Quintinsky has failed to respond. Quintinsky has failed to respond to the motion to compel.

Accordingly, this court grants the motion to compel. Because this court has previously ordered Quintinsky to provide the discovery and he has failed to do so, he is ordered to appear in court on **February 23, 2007, at 9:00 a.m.**, to show cause why sanctions should not issue, including a default judgment as to the claim against him.

SIGNED on January 26, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District