## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ASHANA CIVIL MECHANICAL CONTRACTORS, LTD., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-05-3214 |
| UNITED CRANE SALES & LEASING, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Plaintiff Ashana Civil Mechanical Contractors Ltd. has filed a first and second motion for default judgment against defendant United Crane Sales & Leasing, Inc. United Crane Sales & Leasing, Inc. has failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against it proper. Ashana Civil Mechanical Contractors Ltd. has filed an affidavit and exhibits in support of its claims for damages. Ashana Civil Mechanical Contractors Ltd. has also sent defendant notice of the motion for entry of default and default judgment. Further notice to the defendant and further hearings are not necessary. Rule 55(b)(2), Fed. R. Civ. P.

The court concludes that Ashana Civil Mechanical Contractors Ltd. has established its entitlement to default judgment against United Crane Sales & Leasing, Inc. in the amount of $ 996,431.50; prejudgment interest at the rate of 5.08 % *per annum* from September 19, 2005 to the date of judgment; and postjudgment interest at the rate of 5.08 % *per annum*.

Ashana's motions for default judgment are granted.

SIGNED on January 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge